**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Pedro LAGUNA–ALDACO,**
**Defendant–Appellant.**

**No. 13–40715**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Pedro Laguna–Aldaco raises issues that he concedes are foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 559–62 (5th Cir.) (en banc), *cert. denied,* —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013). Accordingly, Laguna–Aldaco's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.